# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KENNEDY HOUSE, INC.                 :    No. 353 EAL 2016
                                      :
                                      :

        v.                            :    Petition for Allowance of Appeal from
                                      :    the Order of the Commonwealth Court
                                      :

PHILADELPHIA COMMISSION ON    :
HUMAN RELATIONS                     :
                                      :
                                      :

PETITION OF: JAN RUBIN            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.